**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6318**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

TYRONE E. FREEMAN,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CR-98-433-AW, CA-01-1985-AW)

———————

Submitted:  May 29, 2002          Decided:  June 11, 2002

———————

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Tyrone E. Freeman, Appellant Pro Se.  Sandra Wilkinson, Assistant
United States Attorney, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrone E. Freeman seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and denying reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Freeman, Nos. CR-98-433-AW; CA-01-1985-AW (D. Md. Oct. 29, 2001 & Jan. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED